# **EXHIBIT 14**

July 21-22 Emails with Rep. Ferrante

**From:** **Gideon Coltof** gideon@bit.bar
**Subject:** Fwd: Restaurant-Arcade Followup
**Date:** July 31, 2020 at 12:53 PM
**To:** mjr@randazza.com

Thread # 2

---------- Forwarded message ---------
From: **Gideon Coltof** <gideon@bit.bar>
Date: Wed, Jul 22, 2020 at 7:05 AM
Subject: Re: Restaurant-Arcade Followup
To: Cruz, Victor (HOU) <victor.cruz@mahouse.gov>, Lovely, Joan B. (SEN) <Joan.Lovely@masenate.gov>, Tucker, Paul - Rep. (HOU) <Paul.Tucker@mahouse.gov>, Maloof, Micaela (SEN) <Micaela.Maloof@masenate.gov>, Wakelin, Johanna (SEN) <Johanna.Wakelin@masenate.gov>
Cc: Rob Hall <rob@bit.bar>

Good morning!

Two quick updates...

First, in addition to the legislators I listed in my previous email, I was informed that the owner of Flashback in Hyannis contacted Representative William Crocker last night.

Second, my business partner Rob Hall received a discouraging and rather confusing message from Representative Ann-Margret Ferrante (copied below).  In essence, Representative Ferrante reports that the Baker administration is adamantly opposed to us opening under Phase 3 because 1) unnamed public health experts, feel that "indoor and outdoor gaming arcades are most appropriately placed in Phase 4", and 2) the law "prohibits arcades from coming under the definition of a casino".

Given the clear similarities between video games and video slot machines that I enumerated earlier, the fist reason seems arbitrary as it fails to explain why public health experts believe that indoor gaming casinos are safe, while indoor gaming arcades are not.  The second reason is odd because of course, I never asked to be defined as a casino; I proposed adopting the COVID mitigation plan approved for casinos, because the same public health experts evidently feel that they are sufficient to prevent spreading the virus.

If the issue hinges on public safety, then the onus is on the governor's office to explain either a) what is intrinsic to my model that poses so much more of a risk to public health than a casino that justifies driving me and four other small business into bankruptcy, or b) why if all business that look like mine are so risky, that one incredibly well monied special interest got a carve out.

I mean really, this room at Encore Boston with 1,800 video slots can be made safe, but Bit Bar with its 30 video games can not be? It makes no sense.



Please let me know your thoughts and if there is anything else I can do.

Many thanks again,

~Gideon

----

**From:** "Ferrante, Ann-Margaret - Rep. (HOU)" <Ann-Margaret.Ferrante@mahouse.gov>
**Subject: RE: [External]: Restaurant/Classic Arcades misclassified in MA Reopening Plan**
**Date:** July 21, 2020 at 3:27:33 PM EDT
**To:** Rob Hall <rob@bit.bar>

> Rob,
>
> I hope that this email finds you well.
>
> I spoke to the Governor's Office about your situation, however, indoor and outdoor arcades whether for adults or children are scheduled for Phase 4. There is a legal definition and oversight that casinos must adhere to under the regulations of the Mass Gaming Commission, which prohibits arcades from coming under the definition of a casino.
>
> Although I empathize with your position, at this time, the Baker Administration is immoveable on it.
>
> As such, the list of businesses and activities is subject to revision based on that information and the issuance of sector-specific guidance that details the protocols and practices necessary to safely resume operation and to reduce the risk of employees and customers being exposed to COVID-19.
>
> The Baker Administration has determined, with input from the public health experts, that indoor and outdoor gaming arcades are most appropriately placed in Phase 4.
>
> Restaurants are able to operate indoor/outdoor right now with restrictions. Among those restrictions include that pool tables, darts, and other indoor games must remain closed.
>
> As research and data on COVID-19 continues to evolve, the reopening plan can and will be updated appropriately to reflect the latest science.
>
> If I hear differently, I will reach out.
>
>
> Ann-Margaret

On Tue, Jul 21, 2020 at 3:33 PM Gideon Coltof <gcoltof@gmail.com> wrote:
> Hello Senator Lovely and Manny,
>
> It was a real pleasure speaking with you today, and I thank you in advance for your assistance in this matter! Below is a list of all the state senators and representatives that owners of restaurant-arcades around the Commonwealth have contacted. Unfortunately I am told that none of these legislature ever got back to the respective constituents (although I just reached out to my Brookline representatives today so I may yet hear back), apart from Senator Moore who evidently said that the matter was outside his jurisdiction.
>
> Thank you again and have a wonderful day!
>
> ~Gideon
>
> -----------
>
> **Brookline**
> Senator Cynthia Creem
> Representative Tommy Vitolo
>
> **Gloucester**
> Senator, Bruce Tarr
> Representative, Ann-Margaret Ferrante
>
> **New Bedford**
> Senator Mark Montigny

**Worcester**
Senator Mike Moore

**Hyannis**
Senator Julián Cyr