# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| State of: | Massachusetts | Court: | UNITED STATES DISTRICT COURT for the DISTRICT OF MASSACHUSETTS |
| County of: | | Court Case #: | 1:20-CV-11641-RGS |
| | | Court Date: | |
| | | Issued Date: | 9/3/2020 |
| **Plaintiff** | | Our Case #: | A2019-59 |
| BOSTON BIT LABS, INC | | Client's ref #: | 1:20-CV-11641-RGS |

**Defendant**
CHARLES D BAKER

**For:**
Cassidy Curran
Randazza Legal Group
2764 Lake Sahara Drive Suite 109
Las Vegas, NV 89117

Received by Counter Intelligence Services on the 8th day of September, 2020 to be served on **Governor Charles Baker -**, located at 1 Ashburton Pl, Boston, MA 02108.

I, William H. Dewsnap, III, duty sworn, declare that on the 8th day of September 2020 at 2:15 PM, I **SERVED** the within named government agency by delivering this paper of process **SUMMONS IN A CIVIL ACTION** and leaving a copy with <u>Stephen Cress as Support Staff</u> for the government office; Massachusetts Attorney General's Office, and informed same of the contents within.

Description: Caucasian Male, approx. 40 in age, and 160 LBS., 5'10" in height, with gray hair. DOCUMENTS SERVED: 1. Civil Cover Sheet 2. Complaint 3. Rule 7.2 Statement 4. PI Motion (with exhibits) 5. Summons

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

William H. Dewsnap, III
Lic#: N|A
Process Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

NOTARY PUBLIC    (Signature & Seal)

Subscribed and Sworn to, before me on
8th day of September 2020

☑ Personally Known
☐ Provided ID _____



LYNN C. DEWSNAP
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/08/2027

Copyright © 2006 - 2020, Virtual Case Management, LLC

Civil Action No. 1:20-CV-11641-RGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>GOVERNOR CHARLES BAKER</u> was received by me on *(date)* <u>Sep 8, 2020</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Stephen Cress, Support Staff for Massachusetts Attorney General's Office</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>GOVERNOR CHARLES BAKER</u>, at 1 Ashburton Place, Boston, MA 02108 on *(date)* <u>Tue, Sep 08 2020 @ 2:15 p.m.</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: September 8, 2020

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

Counter Intelligence Services,
9 SW 13th Street, Second Floor
Ft. Lauderdale, FL 33315
954-764-7393

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 8, 2020, 2:15 pm EDT at 1 ASHBURTON PL, BOSTON, MA 02108-1502 received by Stephen Cress, Support Staff for Massachusetts Attorney General's Office . Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'10"; Hair: Gray;

**Documents Served:** 1. CIVIL COVER SHEET; 2. COMPLAINT; 3. RULE 7.2 STATEMENT; 4. PI MOTION (WITH EXHIBITS); AND 5. SUMMONS.

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| BOSTON BIT LABS, INC |
|---|
| *Plaintiff* |

v.

Civil Action No.:
**1:20-CV-11641-RGS**

| CHARLES D BAKER |
|---|
| *Defendant* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| **ROBERT M. FARRELL** |
|---|
| *CLERK OF COURT* |

| /s/ – **Douglas Warnock** |
|---|
| *Signature of Clerk or Deputy Clerk* |

**ISSUED ON** 2020-09-03 13:08:17.0, Clerk USDC DMA