**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON BIT LABS, INC., d/b/a BIT BAR SALEM, a Massachusetts corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>　　　　Defendant. | CIVIL ACTION. NO.<br>1:20-CV-11641-RGS |

**NOTICE OF APPEARANCE**

　　Please enter on the docket the appearance of LaRonica K. Lightfoot, Assistant Attorney General, as counsel for the Honorable Charles D. Baker, in his official capacity as Governor of the Commonwealth of Massachusetts.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MAURA HEALEY
　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　　/s/ *LaRonica K. Lightfoot*
　　　　　　　　　　　　　　　　　　　LaRonica K. Lightfoot, BBO# 569350
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　　Government Bureau
　　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　　Boston, MA 02108-1698
　　　　　　　　　　　　　　　　　　　(617) 963-2357
September 23, 2020　　　　　　　　　　LaRonica.Lightfoot@mass.gov

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on September 23, 2020.

                                            /s/ *LaRonica K. Lightfoot*
                                            LaRonica K. Lightfoot
                                            Assistant Attorney General