# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
: 
BOSTON BIT LABS, INC., d/b/a BIT BAR :
 SALEM, a Massachusetts corporation :
: 
                Plaintiff, :    Civil Action No.: 1:20-cv-11641
: 
    v. :
:    **NOTICE OF NON-OPPOSITION**
CHARLES D. BAKER, in his official :
 capacity as Governor of the Commonwealth :
 of Massachusetts :
:
Defendant. :
:
----------------------------------------------------------x

       Pursuant to Local Rule 7.1(b)(2)  Plaintiff BOSTON BIT LABS, INC., d/b/a BIT BAR SALEM states that Defendant, Charles D. Baker, was served Plaintiff's Motion for Preliminary Injuction (Doc. No. 3) on September 8, 2020.  See Doc. No. 6.  More than 14 days have elapsed and no timely opposition has been filed.

Dated: September 23, 2020        Respectfully Submitted,

                                         /s/ Jay M. Wolman
                                         Jay M. Wolman, BBO# 666053
                                         jmw@randazza.com, ecf@randazza.com
                                         Marc J. Randazza, BBO# 651477
                                         mjr@randazza.com, ecf@randazza.com
                                         RANDAZZA LEGAL GROUP, PLLC
                                         30 Western Avenue
                                         Gloucester, MA 01930
                                         Tel: (978) 801-1776

                                         Attorneys for Plaintiff
                                         Boston Bit Labs, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all parties this day by the Court's CM/ECF system.

Dated:  September 23, 2020      /s/Jay M. Wolman_____

                                                Jay M. Wolman