# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

BOSTON BIT LABS, INC., d/b/a BIT BAR
 SALEM, a Massachusetts corporation

                     Plaintiff,

      v.

CHARLES D. BAKER, in his official
 capacity as Governor of the Commonwealth
 of Massachusetts

Defendant.

Civil Action No.: 1:20-cv-11641

**NOTICE OF APPEARANCE**
(for ECF Purposes)

Please enter on the docket the appearance of Jay M. Wolman, as counsel for Plaintiff Boston Bit Labs, Inc. d/b/a Bit Bar Salem, as additional counsel.

Dated: September 23, 2020

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman, BBO# 666053
jmw@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Boston Bit Labs, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all parties this day by the Court's CM/ECF system.

Dated: September 23, 2020      /s/Jay M. Wolman

                                        Jay M. Wolman