## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Boston BIT Labs Inc.**

      Plaintiff

      V.

**Charles D. Baker**

      Defendant

CIVIL ACTION

NO. 20-11641-RGS

## ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Electronic Order dated October 28, 2020 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

10/28/2020            /s/ Christina McDonagh
Date                 Deputy Clerk