UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON BIT LABS, INC., d/b/a BIT BAR SALEM, a Massachusetts corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>    Defendant. | Civil Action No. 1:20-cv-11641<br><br>**NOTICE OF APPEAL** |

Plaintiff Boston Bit Labs, Inc. d/b/a Bit Bar Salem ("Bit Bar") hereby gives notice that it appeals to the United States Court of Appeals for the First Circuit from the Orders (Dkt. Nos. 22 & 23) dated October 28, 2020, and judgment thereon, and all other interlocutory orders and other rulings.

Dated: October 28, 2020

Respectfully Submitted,

/s/ Jay M. Wolman
Marc J. Randazza, BBO# 651477
mjr@randazza.com, ecf@randazza.com
Jay M. Wolman, BBO# 666053
jmw@randazza.com, ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (978) 801-1776

Attorneys for Plaintiff
Boston Bit Labs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 28, 2020.

/s/ Jay M. Wolman
Jay M. Wolman